IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WENDI L. SMITH | CIVIL ACTION |
|---|---|
| v. | NO. 21-2700 |
| HOLY FAMILY UNIVERSITY | |

### ORDER RE: 50(b) MOTION AND CALCULATION OF BACKPAY

**AND NOW**, this 30th day of June, 2023, in consideration of Defendant's Renewed Motion for Judgment as a Matter of Law (ECF 117) and Plaintiff's Motion for Award of Back Pay (ECF 116), the parties' respective briefs on the motions and arguments at oral argument, as well as the Court's review of the parties' dispute concerning backpay, it is hereby **ORDERED** that Defendant's Motion (ECF 117) is **DENIED**, while Plaintiff's Motion (ECF 116) is **GRANTED** with modifications consistent with the accompanying memorandum of decision.

The Court therefore finds back pay in the amount of $71,573.88.

Final judgment will be entered in favor of Plaintiff and against Defendant Holy Family University: $200,000 in compensatory damages, $50,000 in punitive damages, and $71,573.88 in back pay award, totaling $321,573.88.

**BY THE COURT:**

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**